# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:08 CV 153

| | |
|---|---|
| THE EDWIN RECTOR 1995 CHARITABLE TRUST, ) ) ) | |
| Plaintiff ) ) | **AMENDED ORDER** |
| v ) ) | |
| CARTER NEIGHBORS LIMITED ) d/b/a Sonny's, Sonny's Foothill Fugi, ) and Sonny's Usd Cars; and LANNIE ) D. CARTER, JR., a/k/a "Sonny" Carter, ) Individually, ) ) | |
| Defendants ) | |

**THIS MATTER** is before the court upon the plaintiff's Motion for Enlargement of Time to serve an answer or other responsive pleading to the defendants' Motion to Dismiss, Affirmative Defenses, Answer and Counterclaim. It appears to the court upon an examination of the motion (#13) that the plaintiff is requesting an extension of time to file a reply to the defendants' purported counterclaim. It appears that good cause has been shown for the granting of such motion.

## ORDER

IT IS, THEREFORE, **ORDERED** that the plaintiff's "Motion for Enlargement of Time" (#13) is hereby **ALLOWED** and the plaintiff is allowed up to and inclusive of **August 8, 2008** to file a reply to the purported counterclaims of the defendants. nunc pro tunc

Signed: August 4, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge